UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 5:12-CR-351-BF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER GRANTING MOTION TO SEAL** |
| V. | ) | |
| | ) | |
| RYAN MEYERS | ) | |

This cause coming on to be heard by the undersigned on motion of the defendant, requesting that his motion for departure/variance and sentencing memorandum be sealed, the defendants motion is hereby **GRANTED**

This the 14 day of February ,2014

*James C Fox*

The Honorable James C Fox
United States District Judge